UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GOLDENPORT SHIPMANAGEMENT LTD.,

        Plaintiff(s),             1:08-cv-

   -against-                            RULE 7.1 STATEMENT

VIMAR LTD. and VIMAR TRADING LTD.,

        Defendant(s).
------------------------------------X



    PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, GOLDENPORT SHIPMANAGEMENT LTD. ("GOLDENPORT"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of GOLDENPORT.

Dated:   New York, NY

        May 13, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff
                              GOLDENPORT SHIPMANAGEMENT LTD.

        By:   _____
               Edward A. Keane (EK 1398)
               11 Hanover Square, Tenth Floor
               New York, NY 10006
               Tel. (212) 385-1422
               Fax (212) 385-1605
               File No. 12/3586/B/08/5