UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
GOLDENPORT SHIPMANAGEMENT LTD.,

        Plaintiff(s),

  -against-

VIMAR LTD. and VIMAR TRADING LTD.,

        Defendant(s).
------------------------------------------X

1:08-cv-4480-(MGC)

NOTICE OF
DISMISSAL PURSUANT TO
FED. R. CIV. P.
41(a)(1)

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses all claims against all Defendants. Such dismissals are without prejudice and with leave to renew.

Dated: New York, NY

    May 28, 2008

        Respectfully submitted,

        MAHONEY & KEANE, LLP
        Attorneys for Plaintiff
        GOLDENPORT SHIPMANAGEMENT LTD.

    By: _____
        Edward A. Keane (EK 1398)
        11 Hanover Square, Tenth Floor
        New York, NY 10006
        Tel. (212) 385-1422
        Fax (212) 385-1605
        File No. 12/3586/8/08/5

So ordered: /s/
United States District Judge
June 2, 2008

- 1 -